IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN T. ALVAREZ,**<br><br>Petitioner,<br><br>v.<br><br>**M. D. McDONALD, Warden,**<br><br>Respondent. | Case No. C 10-5744 RMW (PR)<br><br>[] **ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until October 5, 2012 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: _____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[] Order (C 10-5744 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHRISTIAN T ALVAREZ,<br><br>            Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA et al,<br><br>            Defendant._____/ | Case Number: CV10-05744 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christian T Alvarez G-22117
D-4/Cell-138
PO Box 4670
Lancaster, CA 93539-4670

Dated: August 27, 2012

                                    Richard W. Wieking, Clerk
                                    By: Jackie Lynn Garcia, Deputy Clerk