**E-FILED on 12/02/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN T. ALVAREZ, | ) | No. C 10-5744 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN M.D. MCDONALD, | ) | |
| Respondent. | ) | |

The court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/2/13

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\HC.10\Alvarez744jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN T ALVAREZ,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA et al,<br><br>        Defendant. | Case Number: CV10-05744 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christian T Alvarez G-22117  
D-4/Cell-138  
PO Box 4670  
Lancaster, CA 93539-4670

Dated: August 27, 2012

                                              Richard W. Wieking, Clerk  
                                              By: Jackie Lynn Garcia, Deputy Clerk